UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 06-790 |
| YVES DESIR, JR. | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (Scott B. McBride, Assistant U.S. Attorney, appearing) and defendant Yves Desir, Jr. (by Olubukola O. Adetula, Esq.), and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, Section 3161;

2. In light of the extensive pretrial discovery to be reviewed by the parties, failure to grant a continuance would deny counsel for defendants and the government reasonable time necessary for effective preparation of this case, taking into account the exercise of due diligence; and

3. The ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 21st day of November, 2008,

ORDERED that this action be, and hereby is, continued until January 21, 2009, and the period between and including November 22, 2008 through January 21, 2009 shall be excluded time under the Speedy Trial Act of 1974, Title 18, United States Code, Section 3161(h)(8).

_____
Hon. SUSAN D. WIGENTON
United States District Judge

Form and entry
consented to:

_____ 11/19/08
Scott B. McBride
Assistant U.S. Attorney

_____ 11/19/08
Olubukola O. Adetula, Esq.
Counsel for defendant Yves Desir, Esq.