PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Desir, Yves                                          Cr.: 06-790-03
                                                                      PACTS Number: 47088

Name of Sentencing Judicial Officer: Honorable Susan D. Wigenton

Date of Original Sentence: 6/4/09

Original Offense: Conspiracy to defraud the government respect to claim.

Original Sentence: Six months home confinement, DNA testing, cooperate with Internal Revenue Service, no new debt, financial disclosure, drug and mental health treatment and restitution in the amount of $66,663.47 at a rate of $200 per month.

Type of Supervision: Probation                          Date Supervision Commenced: 6/4/09

## PETITIONING THE COURT

[ ]  To extend the term of supervision for      Years, for a total term of      Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

## CAUSE

Due to his financial issues the offender is unable to pay $200 monthly towards the restitution, as originally ordered, but has now agreed to pay at least $50 monthly towards the balance until satisfied.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 9/11/09

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer